AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03441-CJN

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Office of the Comptroller of the Currency
was received by me on *(date)* 10/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Office of the Comptroller of the Currency was served by U.S. Postal Service, Certified Mail, Return Receipt on October 5, 2026. Delivery was received on October 13, 2026.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/2026

/s/ Elbert Lin (D.C. Bar No.979723), Counsel for Plaintiff
*Server's signature*

Elbert Lin
*Printed name and title*

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower; 951 East Byrd Street
Richmond, VA 23219-4074
*Server's address*

Additional information regarding attempted service, etc:

SHERRY FISHER
HUNTON ANDREWS KURTH LLP
2200 PENN AVE NW, STE 900
WASHINGTON DC 20037-1709

**USPS CERTIFIED MAIL**

9414 8098 9864 3586 1704 46

PITNEY BOWES
$13.39 0
US POSTAGE IMI
FIRST-CLASS
028W0002310939
2000495807
ZIP 20037
OCT 05 2026

OFFICE OF THE COMPTROLLER OF THE CURRENCY
400 7TH STREET, SW
WASHINGTON DC 20219

DOROTHY HEIGHT
OCT - 5 2026
WASHINGTON DC 20002

Memo/Reference - Summons ICBA v OCC No 26-3441 (DDC0

**ALERT: IMPACTS FROM TYPHOON CHAMPI IN THE MARIANA ISLANDS MAY DELAY FINAL DE…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414809898643586170446

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:36 am on October 13, 2026 in WASHINGTON, DC 20219.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20219
October 13, 2026 7:36 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
October 13, 2026 6:15 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 6, 2026 4:23 PM

**Accepted at USPS Facility**

WASHINGTON, DC 20037
October 6, 2026 3:08 PM

**Pre-Shipment Info Sent to USPS**

October 5, 2026

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**